UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-20143-CIV-SEITZ/O'SULLIVAN

OLGA MARTINEZ,
    Plaintiffs,

v.

PETSMART, INC.,
    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court pursuant to an Informal Discovery Conference. Having held an informal discovery conference and for the reasons stated during the hearing, it is

ORDERED AND ADJUDGED that the defendant is not entitled to an examination of the plaintiff by Dr. Dorto. Dr. Wender may conduct a functional capacity evaluation of the plaintiff. It is further

ORDERED AND ADJUDGED that on or before September 8, 2008, the plaintiff shall reimburse the defendant $3300.00 for the failure to attend the physiatrist and functional capacity examination scheduled with Dr. Dorto, It is further

ORDERED AND ADJUDGED that on or before 11:00 AM on Thursday, July 3, 2008, the defendant shall provide responses to the following outstanding discovery: 1. Interrogatory Number 12; 2. Second Request for Production; 3. Boecher Request for Production; 4. Expert Trial Interrogatories; and 5. Boecher Interrogatories. It is further

ORDERED AND ADJUDGED that the defendant shall reimburse the plaintiff $1000.00 in attorneys fees associated with the need to bring this matter before the Court on the outstanding discovery issues. "Rule 37(b)(2) provides a range of

sanctions that a district court may impose upon parties and their attorneys for failure to comply with the court's discovery orders." <u>Stuart I. Levin & Associates v. Ronald Rogers</u>, 156 F.3d 1135, 1140 (11th Cir. 1998). Federal Rule of Civil Procedure 37(b)(2) provides in part that: "the Court should require the party failing to obey the Order or the attorney advising that party or both to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the Court finds that the failure was substantially justified or that other circumstances make an award of expenses unjust."

The defendant has failed to show substantial justification for failing to timely respond to the outstanding discovery requests. The undersigned awards the plaintiff 2.50 hours at a rate of $400.00 per hour for the time spent by plaintiff's counsel. Moreover, the $1000.00 that the defendant shall pay the plaintiff shall offset the monies owed by the plaintiff to the defendant for the failure to attend the appointment with Dr. Dorto. Accordingly the plaintiff shall pay the defendant $2300.00 on or before September 8, 2008.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 1st day of July, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
All Counsel of Record